UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJIAN YANG,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　　　Defendant. | Case No.  8:24-cv-01280-SRM-DFM<br><br>**ORDER REQUIRING PLAINTIFF TO SHOW CAUSE AS TO WHY THE CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

　　　　On July 30, 2024, the Parties filed a Joint Stipulation to Stay Case pending Adjudication of Plaintiff's I-589 Application for Asylum and for Withholding of Removal, wherein Plaintiff Yang agreed to voluntarily dismiss the case upon receipt of a decision on his Application. Dkt. 9 at 2-3. The Court granted the Joint Stipulation. Dkt. 10.

　　　　On September 3, 2025, Defendant United States Citizenship and Immigration Services ("USCIS") filed a Notice of Mootness asserting that Defendant has interviewed Plaintiff Yang in connection with his Form I-589 Application and has issued a decision regarding Plaintiff's Application. Dkt. 15 at 1. Defendant USCIS further asserts that it has provided Plaintiff Yang with Defendant USCIS's decision letter and has attempted to contact Plaintiff inquiring about voluntary dismissal, but Plaintiff has not responded. *Id*.

at 2. Defendant therefore asserts Plaintiff Yang has received the relief sought in his Complaint. *Id*. at 1.

The Court, having considered Defendant's Notice of Mootness, hereby **ORDERS** Plaintiff to show cause in writing no later than **October 15, 2025**, as to why this action should not be dismissed for lack of prosecution. Failure to comply with the Court's order will result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: September 4, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE